UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Sandra M. Snyder
United States Magistrate Judge
Fresno, California

                         RE:     JULIUSSEN, Gaute
                                   Docket Number:  1:05M00019-01 SMS
                                   **PERMISSION TO TRAVEL**
                                   **OUTSIDE THE COUNTRY**

Your Honor:

The offender is requesting permission to travel to Trondheim, Norway.  Mr. Juliussen is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 11, 2005, offender was sentenced for the offense(s) of 36 C.F.R. § 4.23(a)(2) - Operating a Motor Vehicle with a Blood Alcohol Concentration Greater Than .08%; 36 C.F.R. § 4.2(b) and C.V.C. § 14601.2(a) -  Driving When Privilege Suspended or Revoked for Driving Under the Influence
(CLASS B Misdemeanors).

**Sentence imposed:**  24 Months Probation

**Dates and Mode of Travel:** December 17, 2005 - January 4, 2005, via American Airlines.

**Purpose:**  The offender is requesting to travel to Norway to spend Christmas with his children and parents.

1

**RE:**   **JULIUSSEN, Gaute**
**Docket Number:   1:05M00019-01 SMS**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully Submitted,

/s/ Philip Mizutani

Philip Mizutani
**United States Probation Officer**

**DATED:**   December 6, 2005
Fresno, California


**REVIEWED BY:**   /s/ Bruce Vasquez
**Bruce Vasquez**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   XXXXXXX                             Disapproved _____


IT IS SO ORDERED.

**Dated:   December 7, 2005**              **/s/ Sandra M. Snyder**
icido3                                  UNITED STATES MAGISTRATE JUDGE